Unlawfully carrying a pistol is the offense; penalty assessed at confinement in the county jail for one month.

The complaint and information properly charge the offense. The evidence heard upon the trial is not brought up for review. A jury was waived, and the matters of fact, as well as of law, were submitted to the trial judge.

The soundness of the ruling of the judge in convicting the accused is claimed as being against the weight of the evidence. The evidence not having been brought for review, this court cannot sustain the contention.

The judgment is affirmed.

## Mrs. H. MILLS v. STATE.
### No. 16384.

Court of Criminal Appeals of Texas.
Feb. 7, 1934.

Rehearing Denied March 14, 1934.

Wm. H. Burnett, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The unlawful sale of intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for two years.

The state's witnesses, J. C. Lindop and Red Ratican, who were named as purchasers in the indictment, gave specific testimony to the effect that they purchased a pint of whisky from the appellant on or about the 23d day of December, 1932, for which they paid her $1.

The appellant did not testify, but introduced testimony tending to establish the defense of alibi.

No complaint of the procedure appears in the record by way of bills of exception or otherwise.

The judgment and sentence fail to take note of the Indeterminate Sentence Law, article 775, C. C. P., as amended by Acts 1931, c. 207 (Vernon's Ann. C. C. P. art. 775) under the terms of which the appellant should be condemned to suffer confinement in the penitentiary for a period of not less than one nor more than two years.

The judgment is reformed and affirmed.

## Dan NETHERLEY v. STATE.
### No. 16679.

Court of Criminal Appeals of Texas.
Feb. 28, 1934.

R. C. Roland, of Brownsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, six years in the penitentiary.

We find in the record an affidavit made by appellant in due form asking that his appeal be dismissed. The request is granted.

The appeal is dismissed.

## John NOBLE v. STATE.
### No. 16718.

Court of Criminal Appeals of Texas.
Feb. 21, 1934.

Hamilton, Fitzgerald & Grundy, of Memphis, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for driving an automobile upon the public street while under the influence of intoxicating liquor; punishment assessed at confinement in the county jail for twenty days and a fine of $50.

Appellant has filed in this court his affidavit advising that he does not further desire to prosecute his appeal, and upon his request the appeal is ordered dismissed.